CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for
Khe
MAR 0 6 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAY WASHINGTON, JR., | ) | |
|    Petitioner, | ) | Civil Action No. 7:06CV00116 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Jackson L. Kiser |
|    Respondent. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 6th day of March, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge