IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION



| | |
|---|---|
| RAY WASHINGTON, JR., | Case No. 7:06CV00116 |
| Petitioner, | |
| v. | **ORDER** |
| TERRY O'BRIEN, | By: Jackson L. Kiser |
| | Senior United States District Judge |
| Respondent. | |

Before me now is the Respondent's Motion to Dismiss Petitioner's Motion for Relief Pursuant to Title 28, United States Code, Section 2241. In accordance with the accompanying Memorandum Opinion, I will **GRANT** the Respondent's Motion to Dismiss.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 2nd day of February, 2007.

Senior United States District Judge