CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR - 8 2007
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAY WASHINGTON,<br>    Petitioner, | )<br>)<br>) | Civil Action No. 7:06cv00116 |
| v. | )<br>)<br>) | **FINAL ORDER** |
| TERRY O'BRIEN,<br>    Respondent. | )<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motion for relief to alter or amend judgment is hereby **DENIED**. The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 8th day of March, 2007.

                                       /s/ Jackson L. Kiser
                                    Senior United States District Judge